IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 2:06CR168-WKW |
| WALTER ARMADRASHAD YATES | ) |
| | ) |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __WALTER A. YATES__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

__7/18/2006__
DATE

__[signature]__
DEFENDANT

__[signature]__
ATTORNEY FOR DEFENDANT