COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☒ INITIAL APPEARANCE   DATE: 7-18-2006
☐ BOND HEARING
☐ DETENTION HEARING   Digital Recording 4:37 to 4:47 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)   4:48 - 4:55 pm
☐ REMOVAL HEARING [RULE 5]
☒ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd   DEPUTY CLERK: sql
CASE NO.: 2:06CR168-WKW   DEFT. NAME: Walter Armadrashad YATES
AUSA: _____   DEFT. ATTY: Peterson
   Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt
USPO: _____

Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES   Name: _____

✓ Date of Arrest 7-18-06 or ☐ Arrest Rule 5
✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
✓ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
✓ Requests appointed Counsel
✓ Financial Affidavit executed ☐ to be obtained by PTSO
✓ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
✓ Release order entered. Deft advised of conditions of release
✓ BOND EXECUTED (M/D AL charges) $25,000. Deft released
✓ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: 7-18-06
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed