IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v                                               )            2:06-CR-168-WKW
)
WALTER ARMADRASHAD YATES )

### PRETRIAL CONFERENCE ORDER

A pretrial conference was held on October 13, 2006, before the undersigned
Magistrate Judge. Present at this conference were Assistant Federal Defender, Donnie
Bethel, counsel for the defendant, and Assistant United States Attorney Tommie Brown
Hardwick, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for January 8, 2007. The trial of this case is set for the trial
term commencing on January 8, 2007, before United States District Judge William Keith
Watkins and is expected to last two trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before January 2, 2007. Counsel
should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before January 2, 2007. Motions in
limine must be accompanied by a brief. Failure to file a brief will result in denial of the
motion.

5. Proposed jury instructions shall be filed on or before January 2, 2007.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on December 27, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on January 8, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on January 8, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 13th day of October, 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE