IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | 2:06-CR-00168-WKW |
| ) | |
| WALTER ARMADRASHAD YATES ) | |

### ORDER

Upon oral notice at the scheduled pre-trial conference on October 13, 2006, of Defendant's intent to change his plea, it is

**ORDERED** that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **November 21, 2006, at 11:00 a.m., in District Courtroom 4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 13th day of October, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE