# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern  ☐ Southern  ☐ Eastern

HON. Delores R. Boyd  AT Montgomery, Alabama
DATE COMMENCED 10/13/2006 @ 10:53 ☒ a.m. ☐ p.m
DATE COMPLETED 10/13/2006 @ 10:56 ☒ a.m. ☐ p.m

CASE NO. 2:06CR168-WKW

UNITED STATES OF AMERICA  VS.  WALTER ARMADRASHAD YATES
Plaintiff(s)                          Defendant(s)

## APPEARANCES

Plaintiff(s)/Government          Defendant(s)

Tommie Hardwick                  Don Bethel

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.      Crt Rptr:
Law Clerk:                        Interpreter:
USPO/USPTS:                       Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference      ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other _____

**Pretrial Conference**

Pending Motions: None
Discovery Status: Complete     Plea Status: Plea
Trial Status/Length: 2 Days    Trial Term: