**COURTROOM DEPUTY'S MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 11/21/2006  
**DIGITAL RECORDING:** 11:30 – 11:50 am  
**COURT REPORTER:** Mitchell Reisner

☐ **ARRAIGNMENT**  ☑ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**  
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** DRB  
**DEPUTY CLERK:** sql  
**CASE NUMBER:** 2:06CR168-WKW  
**DEFENDANT NAME:** Walter Armadrashad YATES  
**AUSA:** Redmon Hardwick  
**DEFENDANT ATTORNEY:** Don Bethel  
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD  
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** ✓  
**Interpreter present?** (✓)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE**.  
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.  
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.  
☐ **WAIVER OF INDICTMENT** executed and filed.  
☐ **INFORMATION** filed.  
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.  

**PLEA:**   ☐ Not Guilty  
☑ Guilty as to:  
☑ Count(s): 2  
☐ Count(s): _____     ☐ dismissed on oral motion of USA  
                       ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ **ORDERED SEALED**  
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __2__.  
☐ **CRIMINAL TERM:**      ☐ **WAIVER OF SPEEDY TRIAL** filed.  
   **DISCOVERY DISCLOSURE DATE:**  
☑ **ORDER:** Defendant continued under ☑ same bond; ☐ summons; for:  
   ☐ Trial on _____; ☑ Sentencing on _____  
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:  
   ☐ Trial on _____; or ☐ Sentencing on _____  
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed  
                    ☐ Defendant requests time to secure new counsel