# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-168-WKW |
| | ) | |
| WALTER ARMADRASHAD YATES | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **WALTER ARMADRASHAD YATES,** through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for April 10, 2007.

1.  Mr. Yates' sentencing hearing is scheduled for April 10, 2007, at 9:00 a.m.

2.  Undersigned Counsel will be out of the Federal Defenders Office to perform Air Force Reserve duty from March 19, 2007, through April 5, 2007.

3.  Both Mr. Yates and the United States have objections to the Presentence Investigation Report. Though not due until March 20, 2007, the United States, through Assistant United States Attorney Tommie Hardwick, submitted it's objections to the Probation Officer on March 13, 2007, and Mr. Yates submitted his objections on March 19, 2007. However, the parties were unable to meet for an objections conference prior to the departure of Undersigned Counsel.

4.  In order to have sufficient time for the parties to resolve objections after Undersigned Counsel returns from Reserve duty, and in order for Undersigned Counsel to have sufficient time to discuss the revised PSR with Mr. Yates, Mr. Yates requests that his

sentencing hearing be continued from April 10, 2007.

5.    Assistant United States Attorney Tommie Hardwick does not oppose this request.

**WHEREFORE**, the Defendant, respectfully requests that this Honorable Court grant his motion to continue his sentencing hearing.

Dated this 19th day of March, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-168-WKW** |
| | ) | |
| **WALTER ARMADRASHAD YATES** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Brown Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                              Respectfully submitted,

                              s/ Donnie W. Bethel
                              DONNIE W. BETHEL
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail:don_bethel@fd.org
                              IN Bar Code: 14773-49