IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-168-WKW |
| | ) | |
| **WALTER ARMADRASHAD YATES** | ) | |

## **ORDER**

It is hereby ORDERED that the bench conference portion of the sentencing transcript be placed UNDER SEAL.

DONE this 27th day of September, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE